

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                                    |     |                       |
|------------------------------------|-----|-----------------------|
|                                    | §   |                       |
| IN RE: CYNTHIA FLORES,             | §   | No. 08-18-00016-CV    |
| INDIVIDUALLY AND AS NEXT           |     |                       |
| FRIEND OF D. G., A MINOR CHILD,    | §   | AN ORIGINAL PROCEEDING |
|                                    |     |                       |
| Relator.                           | §   | IN MANDAMUS           |
|                                    |     |                       |
|                                    | §   |                       |
|                                    |     |                       |
|                                    | §   |                       |

## AMENDED STAY ORDER

Relator, Cynthia Flores, individually and as next friend of D.G., has filed a mandamus petition challenging an order granting a petition for bill of review filed by the real party in interest, Tenet Hospitals, Ltd. (Tenet) in cause number 2017DCV1204 and setting aside the default judgment in cause number 2016DCV3701. On February 9, 2018, the Court entered an order staying the proceedings in cause number 2016DCV3701, but we requested the parties to address whether the Court has authority to stay the deadline for Relator to file the expert report. Relator's response indicates, in part, that she requested a stay of proceedings in cause number 2017DCV1204 rather than 2016DCV3701. Finding that our prior stay order is directed at the wrong trial court cause number, we order the 168th District Court to stay all proceedings in cause 2017DCV1204. Further, the Court concludes that it has authority to stay all proceedings in the trial court, including the deadline for filing the expert report. *See* TEX.R.APP.P. 52.10(b)("The court--on motion of any party or on its own initiative--may without notice grant

1

any just relief pending the court's action on the petition.").  Accordingly, the stay order is intended to apply to the deadline for filing the expert report.

IT IS SO ORDERED this 15th day of February, 2018.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.